**HARRAH'S ENTERTAINMENT, INC. and Harrah's Operating Company, Inc., Plaintiffs–Appellants,**

v.

**STATION CASINOS, INC., Boulder Station, Inc., Palace Station Hotel & Casino, Inc., Santa Fe Station, Inc., Sunset Station, Inc., Texas Station, LLC, and Green Valley Ranch Gaming, LLC, Defendants–Appellees.**

Harrah's Entertainment, Inc. and Harrah's Operating Company, Inc., Plaintiffs–Appellees,

v.

Station Casinos, Inc., Boulder Station, Inc., Palace Station Hotel & Casino, Inc., Santa Fe Station, Inc., Sunset Station, Inc., Texas Station, LLC, and Green Valley Ranch Gaming, LLC, Defendants–Appellants.

Nos. 05–1144, 05–1145.

United States Court of Appeals, Federal Circuit.

June 7, 2005.

*ORDER*

Upon consideration of the unopposed motion of Station Casinos, Inc. et al. to voluntarily dismiss their appeal 05–1145,

IT IS ORDERED THAT:

(1) The motion to dismiss 05–1145 is granted.

(2) Each side shall bear its own costs.

(3) The revised official caption for 05–1144 is reflected above.

**3M INNOVATIVE PROPERTIES COMPANY and 3M Company, Plaintiffs–Appellants,**

v.

**BARTON NELSON, INC., Defendant–Cross Appellant.**

No. 05–1368, 05–1386.

United States Court of Appeals, Federal Circuit.

June 8, 2005.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).